United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Ann Elizabeth Elias
Ronald Roger Elias
    Debtors

Case No. 16-17682-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 1      Date Rcvd: Feb 21, 2018
                        Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2018.
13882416        CitiMortgage, Inc.,    P.O. Box 6030,    Sioux Falls, SD   57117-6030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2018 at the address(es) listed below:
         JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
         KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper KMcDonald@blankrome.com
         MICHAEL D. FIORENTINO    on behalf of Debtor Ann Elizabeth Elias mdfiorentino@gmail.com
         MICHAEL D. FIORENTINO    on behalf of Joint Debtor Ronald Roger Elias mdfiorentino@gmail.com
         REBECCA ANN SOLARZ    on behalf of Creditor    CITIMORTGAGE, INC. bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-17682-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Ann Elizabeth Elias<br>2367 Chipmunk Lane<br>Secane PA 19018 | Ronald Roger Elias<br>2367 Chipmunk Lane<br>Secane PA 19018 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/16/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 9: CitiMortgage, Inc., P.O. Box 6030, Sioux Falls, SD  57117-6030 | Nationstar Mortgage, LLC d/b/a Mr. Cooper P.O.Box 619094, Dallas, TX 75261-9741 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/23/18

Tim McGrath
**CLERK OF THE COURT**