United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-17682-mdc
Ann Elizabeth Elias                                                     Chapter 13
Ronald Roger Elias
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Lisa              Page 1 of 2                    Date Rcvd: Jan 16, 2020
                            Form ID: 138NEW         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
db/jdb         +Ann Elizabeth Elias,    Ronald Roger Elias,    2367 Chipmunk Lane,    Secane, PA 19018-4505
13819140       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bankamerica,    P.O. Box 982238,    El Paso TX 79998)
13866872       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13819141        CitiMortgage, Inc.,    P.O. Box 9001067,    Louisville KY 40290-1067
13882416        CitiMortgage, Inc.,    P.O. Box 6030,    Sioux Falls, SD  57117-6030
13819145       +Crozier Keystone Health System,    P.O. Box 9800,    Coral Springs FL 33075-0800
14016970       +Nationstar Mortgage LLC,    c/o Kevin G. Mcdonald, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila, PA 19106-1541
14057537        Nationstar Mortgage, LLC d/b/a Mr.,    Cooper P.O.Box 619094, Dallas, TX,    75261-9741
13819147       +Ridley Emergency Medical Services,    P.O. Box 329,    Willow Street PA 17584-0329
13819148       +Sunoco/Citi,    P.O. Box 6497,    Sioux Falls SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: bncnotice@ph13trustee.com Jan 17 2020 03:45:10     WILLIAM C. MILLER,
                 Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Jan 17 2020 03:44:44     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 17 2020 03:44:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 17 2020 03:44:34     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13819144       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 17 2020 03:43:42     Comenitycapital/boscov,
                 P.O. Box 182120,    Columbus OH 43218-2120
13821321        E-mail/Text: mrdiscen@discover.com Jan 17 2020 03:43:26     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13819146       +E-mail/Text: mrdiscen@discover.com Jan 17 2020 03:43:26     Discover Fin. Svcs. Llc,
                 P.O. Box 15316,    Wilmington DE 19850-5316
13867013       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 17 2020 03:44:18     MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
13819149       +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:47:50     Syncb/qvc,    P.O. Box 965005,
                 Orlando FL 32896-5005
13819150       +E-mail/Text: Bankruptcy@wsfsbank.com Jan 17 2020 03:45:14     WSFS Bank,    500 Delaware Avenue,
                 Wilmington DE 19801-1490
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              MICHAEL D. FIORENTINO    on behalf of Debtor Ann Elizabeth Elias mdfiorentino@gmail.com
              MICHAEL D. FIORENTINO    on behalf of Joint Debtor Ronald Roger Elias mdfiorentino@gmail.com

```
District/off: 0313-2           User: Lisa                 Page 2 of 2                   Date Rcvd: Jan 16, 2020
                               Form ID: 138NEW            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    CITIMORTGAGE, INC. bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com

                                                                                                                                                           TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Ann Elizabeth Elias and Ronald Roger Elias

    Debtor(s)

Bankruptcy No: 16−17682−mdc

Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court<br>
Timothy B. McGrath<br>
Clerk of Court

Dated: 1/16/20

36 − 35<br>
Form 138_new