**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

|  |  |  |  |
|---|---|---|---|
| IN RE: | Ann Elizabeth Elias | : | CHAPTER 13 |
|  | Ronald Roger Elias | : | Docket No.: 16-17682 |
|  |  | : |  |
|  |  | : |  |
|  |  | : |  |
|  | Debtors | : |  |
|  |  | : |  |

**CERTIFICATE OF SERVICE**

AND NOW, comes Michael D. Fiorentino, Esquire, Counsel to Joint Debtor Ronald Roger Elias and certifies that he served the attached Certificate of Financial Management Course, Official Form 423, and Certification Regarding Domestic Support Obligations and Rule 522q on the following parties on the date and in the manner indicated below:

Via First Class Mail:

REBECCA ANN SOLARZ
CitiMortgage, Inc.
P.O. Box 6030
Sioux Falls, SD  57117-6030

WSFS Bank
WSFS Bank Center
500 Delaware Ave., 10th Fl.
Wilmington, DE  19801

William C. Miller, Esquire
Chapter 13 Standing Trustee
1234 Market St.,  Suite 1813
Philadelphia, PA  19107


By electronic notice only:

KEVIN G. MCDONALD on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper
bkgroup@kmllawgroup.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

REBECCA ANN SOLARZ on behalf of Creditor CITIMORTGAGE, INC.
bkgroup@kmllawgroup.com

Document      Page 2 of 2

REBECCA ANN SOLARZ on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper
bkgroup@kmllawgroup.com

Office of the U.S. Trustee Eastern District of Pennsylvania
USTPRegion03.PH.ECF@usdoj.gov



Date: _____01/27/20_____                         /s/ Michael D. Fiorentino_____
                                                                          Michael D. Fiorentino, Esq.
                                                                          42 E. 2nd St.
                                                                          Media, PA  19063
                                                                          610-566-2166